**FILED**

**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |

ROOFERS' LOCAL 11 PENSION FUND, et al.
Plaintiffs,
v.
GREGORY GRZESINSKI Individually and
d/b/a G & E SHEET METAL,
Defendant.

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**08 C 503**

Plaintiffs, ROOFERS' LOCAL 11 PENSION FUND, et al.

| |
|---|
| NAME (Type or print)<br>Librado Arreola |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/Librado Arreola |
| FIRM<br>Asher, Gitter, Greenfield & D'Alba, Ltd. |
| STREET ADDRESS<br>200 W. Jackson Blvd., Suite 1900 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6203323 | TELEPHONE NUMBER<br>312-263-1500 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐