# United States District Court for the Northern District of Illinois

Case Number: 08CV503    Assigned/Issued By: J. N.

Judge Name: GOTTSCHALL    Designated Magistrate Judge: SCHENKIER

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 2484011

Date Payment Rec'd: 1-23-08    Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _1-23-08_ as to GREGORY GRZESINSKI
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05