**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 C 503
    ROOFERS' LOCAL 11 PENSION FUND, et al.
                    Plaintiffs,
        v.
    GREGORY GRZESINSKI Individually and
    d/b/a G & E SHEET METAL,
                    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, ROOFERS' LOCAL 11 PENSION FUND, et al.

| NAME (Type or print) |
| --- |
| Stephanie K. Brinson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/Stephanie K. Brinson |
| FIRM |
| Asher, Gitter, Greenfield & D'Alba, Ltd. |
| STREET ADDRESS |
| 200 W. Jackson Blvd., Suite 1900 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6285813 | 312-263-1500 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐