AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ROOFERS' LOCAL 11 PENSION FUND,
ROOFERS' UNIONS WELFARE TRUST FUND,
CHICAGO ROOFERS' APPRENTICESHIP
AND TRAINING FUND, ROOFERS'
RESERVE FUND, ROOFERS' INDUSTRY
ADVANCEMENT and RESEARCH FUND,
LOCAL 11 PROMOTIONAL AND
ORGANIZATIONAL FUND and NATIONAL
ROOFING INDUSTRY PENSION PLAN,
        Plaintiffs,
  v.
GREGORY GRZESINSKI Individually and
d/b/a G & E SHEET METAL,
A Sole Proprietorship,
        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08 C 503**

ASSIGNED JUDGE:
      **JUDGE GOTTSCHALL**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

GREGORY GRZESINSKI Individually and
d/b/a G & E SHEET METAL
1000 Bryn Mawr Ave.
Bensonville, IL 60106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Librado Arreola, Esq.
ASHER, GITTLER, GREENFIELD
 & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

M **Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**January 23, 2008**
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  4-3-08 |
| NAME OF SERVER (PRINT)  John R. Barron | TITLE  Business Rep. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1000 Bryn Mawr Ave. Bensonville, IL 60106

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-8-08
Date

Signature of Server  [signed]

Address of Server: 9838 W Roosevelt Rd. Westchester, IL 60154

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.