THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROOFERS' LOCAL 11 PENSION FUND, ROOFERS' UNIONS WELFARE TRUST FUND, CHICAGO ROOFERS' APPRENTICESHIP AND TRAINING FUND, ROOFERS' RESERVE FUND, ROOFERS' INDUSTRY ADVANCEMENT and RESEARCH FUND, LOCAL 11 PROMOTIONAL AND ORGANIZATIONAL FUND and NATIONAL ROOFING INDUSTRY PENSION PLAN,<br><br>        Plaintiffs,<br>v.<br><br>GREGORY GRZESINSKI Individually and d/b/a G & E SHEET METAL, A Sole Proprietorship<br><br>        Defendants. | Case No. 08 C 503<br>Judge Gottschall |

## MOTION FOR DEFAULT JUDGMENT

NOW COME the Plaintiffs ("Trust Funds") and move this Honorable Court to enter a default judgment on behalf of the Plaintiffs and against Defendant.

1.    Plaintiffs filed the complaint against Defendants on January 23, 2008.

2.    Defendant GREGORY GRZESINSKI Individually and d/b/a G & E SHEET METAL, A Sole Proprietorship, was personally served with the summons and complaint on April 3, 2008. (See Docket Number 9.)

3.    Defendants' Answer was due on April 23, 2008. (See Docket Entry No. 9.)

4.    Defendants have failed to appear, file an answer or otherwise plead within the time allowed by the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs request the following relief:

1. That default judgment be entered against Defendant GREGORY GRZESINSKI Individually and d/b/a G & E SHEET METAL, A Sole Proprietorship, and that the Complaint filed herein be taken as confessed.

2. That judgment be entered forthwith against Defendant GREGORY GRZESINSKI Individually and d/b/a G & E SHEET METAL, A Sole Proprietorship, and in favor of Plaintiffs and an order be entered for the production of the books and records for the period of March 7, 2003, through June 30, 2006, and to pay Plaintiffs the amount found due and owing in accordance with the applicable provisions of its collective bargaining agreement.

3. That interest and/or liquidated damages be assessed against Defendant GREGORY GRZESINSKI Individually and d/b/a G & E SHEET METAL, A Sole Proprietorship, as provided in the Collective Bargaining Agreement and the applicable provisions of the Pension Reform Act.

4. For such other and further relief as the Court may deem just and proper, including reasonable attorney's fees and court costs which are sustained.

    ROOFERS' UNION PENSION FUND, ET AL.

    /s/ Librado Arreola
    Librado Arreola

Librado Arreola
la@ulaw.com
IL ARDC # 6203323
ASHER, GITTLER, GREENFIELD
& D'ALBA, LTD.
200 W. Jackson, Blvd., Suite 1900
Chicago, Illinois 60606
(312) 263-1500