THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROOFERS' LOCAL 11 PENSION FUND, ROOFERS' UNIONS WELFARE TRUST FUND, CHICAGO ROOFERS' APPRENTICESHIP AND TRAINING FUND, ROOFERS' RESERVE FUND, ROOFERS' INDUSTRY ADVANCEMENT and RESEARCH FUND, LOCAL 11 PROMOTIONAL AND ORGANIZATIONAL FUND and NATIONAL ROOFING INDUSTRY PENSION PLAN,<br><br>       Plaintiffs,<br>v.<br><br>GREGORY GRZESINSKI Individually and d/b/a G & E SHEET METAL, A Sole Proprietorship<br><br>       Defendants. | Case No. 08 C 503<br>Judge Gottschall |

## **DEFAULT JUDGMENT ORDER**

This cause coming on to be heard upon motion of the Plaintiffs for entry of default judgment, and the Court being duly advised,

IT IS NOW THEREFORE ORDERED:

1. That Defendant, GREGORY GRZESINSKI Individually and d/b/a G & E SHEET METAL, A Sole Proprietorship, having failed to appear and plead or otherwise defend in this action, is adjudged to be in default and judgment is hereby entered as set forth below.

2. The Complaint filed by the Plaintiffs against Defendant GREGORY GRZESINSKI Individually and d/b/a G & E SHEET METAL, A Sole Proprietorship, is hereby taken as confessed.

3. That within 10 days from the date of this Order, Defendant GREGORY GRZESINSKI Individually and d/b/a G & E SHEET METAL, A Sole Proprietorship, is ordered

to produce its books and records for the period of March 7, 2003, through June 30, 2006, and to pay to Plaintiffs the amount found due and owing in accordance with the applicable provisions of its collective bargaining agreement.

    4.    The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

ENTER:

_____    DATED: _____
U.S. District Court Judge

Librado Arreola
ASHER, GITTLER, GREENFIELD
& D'ALBA, LTD.
200 W. Jackson, Blvd., Suite 1900
Chicago, Illinois 60606
(312) 263-1500