# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ROOFERS' LOCAL 11 PENSION FUND, ROOFERS' UNIONS WELFARE TRUST FUND, CHICAGO ROOFERS' APPRENTICESHIP AND TRAINING FUND, ROOFERS' RESERVE FUND, ROOFERS' INDUSTRY ADVANCEMENT and RESEARCH FUND, LOCAL 11 PROMOTIONAL AND ORGANIZATIONAL FUND and NATIONAL ROOFING INDUSTRY PENSION PLAN,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>GREGORY GRZESINSKI Individually and d/b/a G & E SHEET METAL, A Sole Proprietorship<br><br>　　　　　　Defendants. | Case No. 08 C 503<br>Judge Gottschall |

## NOTICE OF MOTION

To:   Mr. Gregory Grzesinski d/b/a
　　　G & E SHEET METAL
　　　1000 Bryn Mawr Avenue
　　　Bensonville, IL 60106

　　　PLEASE TAKE NOTICE that the undersigned will bring on the annexed *Motion for Default Judgment* for hearing before Judge Gottschall at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, in Room 2325 on Thursday, the 15th day of May 2008, at 9:30 a.m. or as soon thereafter as counsel can be heard.

　　　　　　　　　　　　　　　　　　　　　　　By:   /s/ Librado Arreola
　　　　　　　　　　　　　　　　　　　　　　　　　　　Librado Arreola

Librado Arreola; la@ulaw.com
IL ARDC # 6203323
ASHER, GITTLER, GREENFIELD
 & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
(312) 263-1500

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Motion* and *Motion for Default Judgment* were filed with the Clerk of the Court and served pursuant to ECF as to filing users and according to Local Rule 5.5 as to any party who is not a filing user or represented by a filing user, on this 8th day of May 2008, by first-class, postage prepaid mail, to the following by depositing same in the U.S. Postal Service mail depository located at 200 W. Jackson Blvd., Chicago, IL 60606:

Mr. Gregory Grzesinski d/b/a
G & E SHEET METAL
1000 Bryn Mawr Avenue
Bensonville, IL 60106

/s/ Librado Arreola
Librado Arreola