# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 503 | **DATE** | 5/15/2008 |
| **CASE TITLE** | Roofers' Local 11 PenFd vs. Grzesinski | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  MOTION by Plaintiffs Roofers' Industry Advancement and Research Fund, Local 11 Promotional and Organizational Fund, National Roofing Industry Pension Plan, Roofers' Local 11 Pension Fund, Roofers' Union Welfare Trust Fund, Chicago Roofers' Apprenticeship and Training Fund, Roofers' Reserve Fund for default judgment as to Defendant [11] is granted.  Default is entered against Gregory Grzesinski individually and d/b/a G & E Sheet Metal.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|