UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Roofers' Local 11 Pension Fund, et al.
                                        Plaintiff,
v.                                      Case No.: 1:08−cv−00503
                                        Honorable Joan B. Gottschall
Gregory Grzesinski
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 7/23/2008. ( Status hearing set for 9/24/2008 at 09:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.